### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Anna Lee Townsville<br>            <u>Debtor</u> | CHAPTER 13<br><br>BKY. NO. 16-15444 MDC |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of FCI Lender Services, Inc. as Servicer for U.S. BANK TRUST NATIONAL ASSOCIATION, AS OWNER TRUSTEE OF THE SN 2011-A REO TRUST, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 0613

                                            Respectfully submitted,

                                            **/s/Joshua I. Goldman , Esquire**
                                            Joshua I. Goldman, Esquire
                                            Thomas Puleo, Esquire
                                            KML Law Group, P.C.
                                            701 Market Street, Suite 5000
                                            Philadelphia, PA 19106-1532
                                            (215) 825-6306  FAX (215) 825-6406