**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:        Anna L. Townsville        :        CHAPTER 13

             Debtor                           :        BANKRUPTCY NO. 16-15444 mdc

**O R D E R**

AND NOW, this 18th day of August, 2016, upon consideration of Debtor's application for extension of time to file her schedules and chapter 13 plan, it is hereby ORDERED that said application is GRANTED and that Debtor shall have until **August 31, 2016** in which to file the required documents.

_____
Magdeline D. Coleman, Bankruptcy Judge

cc:     Irwin Trauss, Esquire
       Philadelphia Legal Assistance
       718 arch Street, Suite 300N
       Philadelphia, PA l9l06