United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 16-15444-mdc
Anna Lee Townsville                                                        Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Randi           Page 1 of 1           Date Rcvd: Aug 18, 2016
                       Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 20, 2016.
db          Anna Lee Townsville,    1228 E. Mount Airy Avenue,    Philadelphia, PA   19150-2806

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 20, 2016                              Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 18, 2016 at the address(es) listed below:
     IRWIN LEE TRAUSS    on behalf of Debtor Anna Lee Townsville itrauss@philalegal.org,
      irwin@trauss.com
     JOSHUA ISAAC GOLDMAN    on behalf of Creditor    FCI Lender Services, Inc. bkgroup@kmllawgroup.com,
      bkgroup@kmllawgroup.com
     United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
     WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                                                                                    TOTAL: 4

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:    Anna L. Townsville    :    CHAPTER 13

   Debtor    :    BANKRUPTCY NO. 16-15444 mdc

**O R D E R**

AND NOW, this 18th day of August, 2016, upon consideration of Debtor's application for extension of time to file her schedules and chapter 13 plan, it is hereby ORDERED that said application is GRANTED and that Debtor shall have until **August 31, 2016** in which to file the required documents.

_____
Magdeline D. Coleman, Bankruptcy Judge

cc:    Irwin Trauss, Esquire
       Philadelphia Legal Assistance
       718 arch Street, Suite 300N
       Philadelphia, PA l9l06