IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE<br><br>Anna Lee Townsville<br>　　　　Debtor.<br><br>U.S. Bank National Association as Trustee of American Homeowner Preservation Trust Series 2013C., its assignees and/or successors in interest<br><br>　　　　Movant,<br><br>vs.<br><br>Anna Lee Townsville<br>William C. Miller, Esq., Chapter 13 Trustee,<br><br>Respondents. | Case No. 16-15444-elf<br><br>Chapter 13 |

## ORDER GRANTING RELIEF FROM AUTOMATIC STAY

Upon consideration of the Motion for Relief from the Automatic Stay filed by the Creditor, U.S. Bank National Association as Trustee of American Homeowner Preservation Trust Series 2013C, its assignees and/or successors in interest, it is hereby ORDERED that the automatic stay is terminated so that U.S. Bank National Association as Trustee of American Homeowner Preservation Trust Series 2013C, its assignees and/or successors in interest, may take any and all action under applicable state law to exercise its remedies against the subject property located at 1228 East Mount Airy Avenue in Philadelphia, PA 19150.

END OF ORDER