IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE<br><br>Anna Lee Townsville<br>       Debtor.<br><br>U.S. Bank National Association as Trustee of American Homeowner Preservation Trust Series 2013C., its assignees and/or successors in interest<br><br>      Movant,<br><br>vs.<br><br>Anna Lee Townsville<br>William C. Miller, Esq., Chapter 13 Trustee,<br><br>Respondents. | Case No. 16-15444-elf<br><br>Chapter 13 |

PRAECIPE TO WITHDRAW MOTION FOR RELIEF

To the Prothonotary:

Kindly withdraw the Motion for Relief in this matter, filed by the Movant U.S. Bank National Association as Trustee of American Homeowner Preservation Trust Series 2013C, its assignees and/or successors in interest. The hearing in relation to this matter, scheduled for December 14, 2017 can also be cancelled.

Dated: December 13, 2017

Respectfully Submitted,

*/s/ Michael Boland*
Michael Boland
ID# 319999

1324 Locust Street #1602
Philadelphia, PA 19107
mbolandlegal@gmail.com
(610)781-4885
*Attorney for Movant*