IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE

Anna Lee Townsville
    Debtor.

U.S. Bank National Association as Trustee of
American Homeowner Preservation Trust Series
2013C., its assignees and/or successors in
interest

    Movant,

vs.

Anna Lee Townsville
William C. Miller, Esq., Chapter 13 Trustee,

Respondents.

Case No. 16-15444-elf

Chapter 13

### PRAECIPE TO WITHDRAW MOTION FOR RELIEF

To the Court:

    Kindly withdraw the Motion for Relief in this matter, filed September 26, 2018, by the Movant U.S. Bank National Association as Trustee of American Homeowner Preservation Trust Series 2013C, its assignees and/or successors in interest. The hearing in relation to this matter, scheduled for October 25, 2018 can also be cancelled.

Dated: October 17, 2018

Respectfully Submitted,

*/s/ Michael Boland*
Michael Boland
ID# 319999