IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE<br><br>Anna Lee Townsville<br>　　　　Debtor.<br><br>U.S. Bank National Association as Trustee of American Homeowner Preservation Trust Series 2013C., its assignees and/or successors in interest<br><br>　　　　Movant,<br><br>vs.<br><br>Anna Lee Townsville<br>William C. Miller, Esq., Chapter 13 Trustee,<br><br>Respondents. | Case No. 16-15444-elf<br><br>Chapter 13 |

PRAECIPE TO WITHDRAW AMENDED OBJECTION TO PLAN

To the Court:

　　Kindly withdraw the Amended Objection to Confirmation of Plan in this matter, filed July 11, 2018, by the Movant U.S. Bank National Association as Trustee of American Homeowner Preservation Trust Series 2013C, its assignees and/or successors in interest.

Dated: October 17, 2018

Respectfully Submitted,

/s/ Michael Boland
Michael Boland
ID# 319999
777 S. Broad Street #208
Philadelphia, PA 19147

mbolandlegal@gmail.com
(610)781-4885
*Attorney for Movant*