United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                         Case No. 16-15444-mdc
Anna Lee Townsville                                                            Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2         User: ChrissyW              Page 1 of 1              Date Rcvd: Dec 06, 2018
                             Form ID: 155                Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 08, 2018.
db           Anna Lee Townsville,    1228 E. Mount Airy Avenue,    Philadelphia, PA   19150-2806

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2018                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 6, 2018 at the address(es) listed below:
              IRWIN LEE TRAUSS    on behalf of Debtor Anna Lee Townsville itrauss@philalegal.org,
               irwin@trauss.com
              IRWIN LEE TRAUSS    on behalf of Plaintiff Anna Lee Townsville itrauss@philalegal.org,
               irwin@trauss.com
              JACQUELINE M. CHANDLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    FCI Lender Services, Inc. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              MICHAEL FLANAGAN BOLAND    on behalf of Creditor    American Homeowner Preservation Fund
               mbolandlegal@gmail.com
              THOMAS I. PULEO    on behalf of U.S. Trustee    United States Trustee tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Anna Lee Townsville
       Debtor(s)

Chapter: 13

Bankruptcy No: 16−15444−mdc

_____

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this December 6,2018 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                  Magdeline D. Coleman
                                                  Judge ,
                                                  United States Bankruptcy Court

                                                                              85
                                                                            Form 155