United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Anna Lee Townsville  
    Debtor

Case No. 16-15444-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: John    Page 1 of 2    Date Rcvd: Mar 15, 2019  
    Form ID: 138NEW    Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 17, 2019.

```
db              Anna Lee Townsville,    1228 E. Mount Airy Avenue,    Philadelphia, PA   19150-2806
cr              American Homeowner Preservation Fund,    LP53 W. Jackson Blvd #1357,    Chicago, IL   60604
13771090       +AR Resources,    PO Box 1056,    Blue Bell, PA 19422-0287
13771089        American Home Preservation Fund,    LP53 W. JACKSON BLVD. #1357,    Chicago, IL 60604
13771094        City of Philadelphia,    Department of Finance, Code Violation En,    P.O. Box 56318,
                 Philadelphia, PA 19130-6318
13771093       +City of Philadelphia,    Dept. of Revenue,,    1400 West Spring Garden,
                 Philadelphia, PA 19130-4402
13771095       +City of Philadelphia Dept. of Water Reve,    Bankruptcy Department,    P.O. Box 41496,
                 Philadelphia, PA 19101-1496
14104576       +City of Philadelphia Fire Department - EMS,    1105 Schrock Rd, Suite 610,
                 Columbus, OH 43229-1158
13773378       +FCI Lender Services, Inc,    c/o JOSHUA ISAAC GOLDMAN,    KML Law Group, P.C.,
                 701 Market Street,    Suite 5000,    Philadelphia, PA 19106-1541
13771104       +Philadelphia Gas Works,    800 W. Montgomery Avenue, Bankruptcy Uni,
                 Philadelphia, PA 19122-2898
13771103       +Philadelphia Gas Works,    Bankruptcy Unit, 3rd Floor,    800 W. Montgomery Avenue,
                 Philadelphia, PA 19122-2806
13771105       +Thomas Puleo Esquire,    KML Law Firm,    Suite 5000,    701 Market St.,
                 Philadelphia, PA 19106-1541
13771106       +U.S. Bank Trust, N.A. as Trustee,    323 5th Street,    P.O. Box 35,    Eureka, CA 95502-0035
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: megan.harper@phila.gov Mar 16 2019 03:31:20     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA   19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 16 2019 03:29:56
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA   17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 16 2019 03:30:33     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/Text: bankruptcydpt@mcmcg.com Mar 16 2019 03:30:02     Midland credit management,
                 PO Box 2011,    Warren, MI 48090-2011
13771096        E-mail/Text: megan.harper@phila.gov Mar 16 2019 03:31:19
                 City of Philadelphia Law Department,    Attn Frank Pava,    1515 Arch Street, 15th Floor,
                 Philadelphia, PA 19102
13857530       +E-mail/Text: megan.harper@phila.gov Mar 16 2019 03:31:20
                 CITY OF PHILADELPHIA LAW DEPARTMENT - TAX UNIT,    SCHOOL DISTRICT OF PHILADELPHIA,
                 c/o PAMELA ELCHERT THURMOND,    1401 JOHN F. KENNEDY BLVD, 5TH FLOOR,
                 PHILADELPHIA, PA 19102-1617
13771097       +E-mail/Text: megan.harper@phila.gov Mar 16 2019 03:31:20
                 City of Philadelphia, Department of Reve,    Municipal Services Bldg.,    1401 JFK Blvd.,
                 Philadelphia, PA 19102-1617
13771098       +E-mail/Text: megan.harper@phila.gov Mar 16 2019 03:31:20
                 City of Philadelphia, Law Dept.-Tax Un,    Bankruptcy Group,
                 1401 John F. Kennedy Blvd., 5th Floor,    Philadelphia, PA 19102-1617
13771092       +E-mail/Text: megan.harper@phila.gov Mar 16 2019 03:31:20
                 City of PhiladelphiaLaw Department,,    1515 Arch Street,    Philadelphia, PA 19102-1595
13771091       +E-mail/Text: megan.harper@phila.gov Mar 16 2019 03:31:20
                 City of PhiladelphiaLaw Deptartment -Tax Unit,    One Parkway Building,
                 1515 Arch Street, 15th Fl,    Philadelphia, PA 19102-1504
13771099       +E-mail/PDF: creditonebknotifications@resurgent.com Mar 16 2019 03:26:43     Credit One Bank,
                 PO Box 98873,    Las Vegas, NV 89193-8873
13771100       +E-mail/Text: bankruptcynotices@dcicollect.com Mar 16 2019 03:31:28     Diversified Consultants,
                 10550 Deerwood Park Blvd,    Jacksonville, FL 32256-2805
13771101       +E-mail/Text: bknotice@ercbpo.com Mar 16 2019 03:30:10     Enhanced Recovery Corporation,
                 PO Box 57547,    Jacksonville, FL 32241-7547
13796323       +E-mail/Text: bankruptcydpt@mcmcg.com Mar 16 2019 03:30:02     MIDLAND FUNDING LLC,
                 PO Box 2011,    Warren, MI 48090-2011
13771102       +E-mail/Text: bankruptcydpt@mcmcg.com Mar 16 2019 03:30:02     Midland Funding,
                 8875 Aero Drive STE 200,    San Diego, CA 92123-2255
                                                                                                TOTAL: 15
```

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-2          User: John                 Page 2 of 2                  Date Rcvd: Mar 15, 2019
                              Form ID: 138NEW            Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 17, 2019                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 15, 2019 at the address(es) listed below:
              IRWIN LEE TRAUSS    on behalf of Debtor Anna Lee Townsville itrauss@philalegal.org,
               irwin@trauss.com
              IRWIN LEE TRAUSS    on behalf of Plaintiff Anna Lee Townsville itrauss@philalegal.org,
               irwin@trauss.com
              JACQUELINE M. CHANDLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor   FCI Lender Services, Inc. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              MICHAEL FLANAGAN BOLAND    on behalf of Creditor    American Homeowner Preservation Fund
               mbolandlegal@gmail.com
              THOMAS I. PULEO    on behalf of U.S. Trustee    United States Trustee tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 8
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Anna Lee Townsville

       Debtor(s)

Bankruptcy No: 16–15444–mdc

Chapter: 13

___

## *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

  1. The Standing Chapter 13 Trustee has filed his final report and account.

☑  2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑  3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

  4. All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

  5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

        For The Court
        Timothy B. McGrath
        Clerk of Court

Dated: 3/15/19

89 – 88
Form 138_new