United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Anna Lee Townsville  
    Debtor

Case No. 16-15444-mdc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: JEGilmore     Page 1 of 1     Date Rcvd: Apr 08, 2019  
                     Form ID: 225     Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 10, 2019.  
db         Anna Lee Townsville,   1228 E. Mount Airy Avenue,   Philadelphia, PA   19150-2806

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
smg         E-mail/Text: megan.harper@phila.gov Apr 09 2019 02:50:40   City of Philadelphia,  
         City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,  
         Philadelphia, PA   19102-1595  
smg         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 09 2019 02:50:26  
         Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,  
         Harrisburg, PA   17128-0946  
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 09 2019 02:50:36   U.S. Attorney Office,  
         c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404  
                                                                                                        TOTAL: 3

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 10, 2019                                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 8, 2019 at the address(es) listed below:  
         IRWIN LEE TRAUSS    on behalf of Debtor Anna Lee Townsville itrauss@philalegal.org,  
          irwin@trauss.com  
         IRWIN LEE TRAUSS    on behalf of Plaintiff Anna Lee Townsville itrauss@philalegal.org,  
          irwin@trauss.com  
         JACQUELINE M. CHANDLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,  
          philaecf@gmail.com  
         JOSHUA ISAAC GOLDMAN    on behalf of Creditor    FCI Lender Services, Inc. bkgroup@kmllawgroup.com,  
          bkgroup@kmllawgroup.com  
         MICHAEL FLANAGAN BOLAND    on behalf of Creditor    American Homeowner Preservation Fund  
          mbolandlegal@gmail.com  
         THOMAS I. PULEO    on behalf of U.S. Trustee    United States Trustee tpuleo@kmllawgroup.com,  
          bkgroup@kmllawgroup.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com  
                                                                                                                                        TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re:                                                       Chapter: 13

     Anna Lee Townsville

Debtor(s)                                         Case No: 16–15444–mdc

_____

## *ORDER*

      AND NOW, it appearing that the debtor(s) must file either a statement regarding completion of a course in personal financial management, see 11 U.S.C. §1328(g)(1), or a request for a waiver from this requirement, see 11 U.S.C. §109(h)(4),

      AND it Further appearing that the debtor(s) must file a certification regarding domestic support obligations and §522(q) see 11 U.S.C. 1328(a),

      AND, Notice was given to the debtor(s) that this case would be closed without the entry of a discharge order unless the Debtor(s), by a date certain, filed the statement regarding completion of a course in personal financial management, and/or the certification regarding domestic support obligations and §522(q),

      AND, the Debtor(s) has/have not filed the required statement and/or certifications,

      AND, it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the Debtor(s)'; estate,

      IT IS HEREBY ORDERED that the trustee be discharged and relieved of any trust; and this case be and the same hereby is *CLOSED, without the entry of an order of discharge*.

For The Court

Magdeline D. Coleman

4/8/19

Judge ,United States Bankruptcy Court

93
Form 225